IN THE CIRCUIT COURT OF COFFEE COUNTY, ALABAMA
ENTERPRISE DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III ) | |
| ) | |
| Plaintiff, ) | 1:07CV326-mht |
| ) | |
| v. ) | CASE NO.: CV-2006-275 |
| ) | |
| MORTGAGE ELECTRONICS ) | |
| REGISTRATION SYSTEMS, INC.; ) | |
| R. JAMES NICHOLSON IN HIS CAPACITY ) | |
| AS SECRETARY OF VETERANS AFFAIRS; ) | |
| et. al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 13th day of April, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a notice of removal of the above-styled action to that court. A copy of that notice is attached hereto.

A copy of the notice of removal is being filed with the circuit clerk of Coffee County, Alabama, pursuant to 28 U.S.C. § 1442(a)(1).

Respectfully submitted this 13th day of April, 2007.

                                        LEURA G. CANARY
                                        United States Attorney

By: _____
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Attorney for Defendant
    Post Office Box 197
    Montgomery, AL 36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: **<u>rand.neeley@usdoj.gov</u>**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the Plaintiff, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Charles Bradford Stinson
515 Glover Avenue
Enterprise, AL 36330

Dated this the 13th day of April, 2007.

_____
Assistant United States Attorney

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2007 APR 13  P 4: 28

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| WALTER WREN WYATT, III | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO.: |
| | ) |
| MORTGAGE ELECTRONICS | ) |
| REGISTRATION SYSTEMS, INC.; | ) |
| R. JAMES NICHOLSON IN HIS CAPACITY | ) |
| AS SECRETARY OF VETERANS AFFAIRS; | ) |
| et. al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF REMOVAL**

Petitioner, R. James Nicholson, Secretary of Veterans Affairs, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Circuit Court of Coffee County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

1.  That Petitioner, R. James Nicholson, is a named Defendant in the above-captioned civil action which is pending in the Circuit Court of Coffee County, Alabama, Civil Action No. CV-06-275. Copies of all process, pleadings, and orders in such action and available to Defendant at the time of filing are attached hereto.

2.  That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1442(a)(1), for the reasons that this is a civil

action against an agency of the United States whereby an officer of the agency acting under color of such office has been sued in his official capacity.

WHEREFORE, Petitioner prays that said action be removed from the Circuit Court of Coffee County, Alabama.

DATED this 13th day of April, 2007.

LEURA G. CANARY
United States Attorney

By: 
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: **rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiffs, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Charles Bradford Stinson
515 Glover Avenue
Enterprise, AL 36330

Dated this the 13th day of April, 2007.

_____
Assistant United States Attorney