IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 APR 19 P 3: 10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| WALTER WREN WYATT, III | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:07-CV-326-MHT-CSC |
| | § | |
| MORTGAGE ELECTRONIC | § | |
| REGISTRATION SYSTEMS, INC., | § | |
| et al. | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Come now James A. Byram, Jr. and Louis Calligas of the firm of Balch & Bingham LLP, and file their notice of appearance as counsel of record for Mortgage Electronic Registration Systems, Inc.

Dated this 19th day of April, 2007.

_____
Attorney for Defendant
Mortgage Electronic Registration Systems, Inc.

_____
Attorney for Defendant
Mortgage Electronic Registration Systems, Inc.

**OF COUNSEL:**

James A. Byram, Jr. (BYR003)
Louis M. Calligas (CAL060)
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL 36101-0078
(334) 834-6500
(334) 269-3115 (fax)

179236.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2007, a copy of the foregoing has been served by first-class United States Mail, properly addressed and postage prepaid, upon the following:

Charles Bradford Stinson, Esq.
The Stinson Firm, LLC
515 Glover Avenue
Enterprise, Alabama 36330

R. Randolph Neely, Esq.
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101-0197

Richard W. Whitaker, Esq.
P. O. Box 311166
Enterprise, Alabama 36331

_____
Of Counsel