IN THE UNITED STATES DISTRICT COURT FOR
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| WALTER WREN WYATT, III <br> Plaintiff, <br><br> VS. <br><br> MORTGAGE ELECTRONIC <br> REGISTRATION SYSTEMS, INC., <br> R. JAMES NICHOLSON in his capacity as <br> SECRETARY OF VETERANS AFFAIRS; <br> JOSHUA MELLOR, NATALIE MELLOR; <br> et al., <br> Defendants. | RECEIVED <br> 2007 APR 20  A 9: 36 <br> Civil Action No: 1:07cv326-MHT <br> T. HACKETT, CLK <br> U.S. DISTRICT COURT <br> MIDDLE DISTRICT ALA |

## NOTICE OF APPEARANCE

**COMES NOW,** the undersigned Attorney at Law and enters his appearance as Attorney of Record for the Plaintiff.

Submitted this the 17th day of April, 2007.

_____
John McClung (MCC104)
Attorney at Law
515 Glover Avenue
Enterprise, AL. 36330
(334) 393-0433
(334) 393-2439 Facsimile

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served the above and foregoing motion on the Attorneys of Record for the Parties by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed, on this the 17th day of April, 2007.

R. Randolph Neeley, Esq.
Asst. U.S. Attorney
Post Office Box 197
Montogmery, AL. 36101-0197

Richard W. Whittaker
300 East Lee Street
Enterprise, AL. 36330

_____
OF COUNSEL