## IN THE UNITED STATES DISTRICT COURT FOR
## MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **WALTER WREN WYATT, III** * | |
| Plaintiff, * | |
| * | |
| VS. * | Civil Action No: 1:07cv326-MHT |
| * | |
| **MORTGAGE ELECTRONIC** * | |
| **REGISTRATION SYSTEMS, INC.,** * | |
| **R. JAMES NICHOLSON** in his capacity as * | |
| **SECRETARY OF VETERANS AFFAIRS;** * | |
| **JOSHUA MELLOR, NATALIE MELLOR;** * | |
| et al., * | |
| Defendants. * | |

### MOTION TO WITHDRAW

**COMES NOW,** the undersigned Attorney at Law and respectfully requests this Honorable Court to withdraw as Attorney of Record for the Plaintiff in the above styled matter.

Submitted this the 7th day of May, 2007.

                                                 s/ Brad Stinson
                                                 Brad Stinson (STI022)
                                                 Attorney at Law
                                                 515 Glover Avenue
                                                 Enterprise, AL. 36330
                                                 (334) 393-0433
                                                 (334) 393-2439 Facsimile

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served the above and foregoing motion on the Attorneys of Record for the Parties by electronic means for those registered with the Courts electronic filing system, or by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed, on this the 7th day of May, 2007.

| | |
|---|---|
| R. Randolph Neeley, Esq.<br>Asst. U.S. Attorney<br>Post Office Box 197<br>Montogmery, AL. 36101-0197 | Richard W. Whittaker<br>300 East Lee Street<br>Enterprise, AL. 36330 |

Louis Calligas
Balch & Bingham
Post Office Box 78
Montgomery, AL. 36101-0078

                                                                                             s/ Brad Stinson
                                                                                             **OF COUNSEL**