IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER WREN WYATT, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv326-MHT |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that the motion to withdraw (Doc. No. 9) is granted.

DONE, this the 8th day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**