IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III,  )<br>  )<br>   Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>MORTGAGE ELECTRONIC  )<br>REGISTRATION SYSTEMS,  )<br>INC., et al.,  )<br>  )<br>   Defendants.  ) | CIVIL ACTION NO.<br>1:07cv326-MHT |

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 8) is set for submission, without oral argument, on May 17, 2007, with all briefs due by said date.

DONE, this the 8th day of May, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**