IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER WREN WYATT, III, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv326-MHT |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) | |
| | ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 12) is granted.

DONE, this the 15th day of May, 2007.

                                           /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE