IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:07-CV-326-MHT-CSC |
| § | |
| MORTGAGE ELECTRONIC § | |
| REGISTRATION SYSTEMS, INC., § | |
| et al. § | |
| § | |
| Defendant. § | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, Defendant Mortgage Electronic Registration Systems, Inc. ("MERS") does hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047. The following entities are hereby reported: MERS is a wholly-owned subsidiary of MERSCORP, Inc. MERSCORP, Inc. is not a publicly traded company.

Respectfully submitted this the 23rd day of May, 2007.

/s/ Louis M. Calligas
One of the Attorneys for Defendant
Mortgage Electronic Registration Systems, Inc.

**OF COUNSEL:**
James A. Byram, Jr. (BYR003)
jbyram@balch.com
Louis M. Calligas (CAL060)
lcalligas@balch.com
BALCH & BINGHAM LLP
P. O. Box 78
Montgomery, AL  36101-0078
(334) 834-6500
(334) 269-3115 (Fax)

181157.1

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 23rd day of May, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John McClung, Esq.
515 Glover Avenue
Enterprise, Alabama  36330

R. Randolph Neely, Esq.
U. S. Attorney's Office
P. O. Box 197
Montgomery, Alabama 36101-0197

Richard W. Whitaker, Esq.
P. O. Box 311166
Enterprise, Alabama 36331

                                        /s/ Louis M. Calligas
                                        Of Counsel