IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |  |
|---|---|---|
| WALTER WREN WYATT, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:07cv326-MHT |
| | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | ) ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the application for default and default judgment (Doc. No. 20) and the response (Doc. No. 22) are set for an on-the-record status conference on June 11, 2007, at 8:30 a.m. Counsel for the plaintiff is to arrange for the conference to be conducted by telephone.

DONE, this the 7th day of June, 2007

      /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**