IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **WALTER WREN WYATT, III** * | |
| * | |
| Plaintiff, * | |
| * | |
| VS. * | CIVIL NO. 1:07-CV-326-MHT-CSC |
| * | |
| **MORTGAGE ELECTRONIC** * | |
| **REGISTRATION SYSTEMS, INC.,** * | |
| **R. JAMES NICHOLSON** in his capacity * | |
| as **SECRETARY OF VETERANS AFFAIRS;** * | |
| etal., * | |
| * | |
| Defendants. * | |

## MOTION TO WITHDRAW APPLICATION FOR DEFAULT

Comes Now Plaintiff, by Counsel, and withdraws the Motion for Default previously filed against Defendants, Joshua Mellor and Natalie Mellor, in the above entitled action.

Respectfully submitted this the 14th day of June, 2007.

    s/ John McClung
John McClung (MCC 104)
Attorney for the Plaintiff
515 Glover Avenue
Enterprise, AL. 36330
(334)393-3660

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served the above and foregoing motion on the Attorneys of Record for the Parties by electronic means for those registered with the Courts electronic filing system, or by placing a copy of the same in the United States Mail, postage pre-paid and properly addressed, on this the 14th day of June, 2007.

R. Randolph Neeley, Esq.  
Asst. U.S. Attorney  
Post Office Box 197  
Montogmery, AL. 36101-0197

Richard W. Whittaker  
300 East Lee Street  
Enterprise, AL. 36330

Louis Calligas  
Balch & Bingham  
Post Office Box 78  
Montgomery, AL. 36101-0078

           s/ John McClung  
           **OF COUNSEL**