IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WALTER WREN WYATT, III,        )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     1:07cv326-MHT
                               )
MORTGAGE ELECTRONICS           )
REGISTRATON SYSTEMS, INC.,     )
R. JAMES NICHOLSON,            )
Secretary of Veterans          )
Affairs, et al.,               )
                               )
    Defendants.                )
```

ORDER

It is ORDERED as follows:

(1) The motion to withdraw (Doc. No. 25) is granted.

(2) The application for default and default judgment (Doc. No. 20) is withdrawn.

DONE, this the 18th day of June, 2007.

　　　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE