IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WALTER WREN WYATT, III,        )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      1:07cv326-MHT
                               )
MORTGAGE ELECTRONICS           )
REGISTRATON SYSTEMS, INC.,     )
R. JAMES NICHOLSON,            )
Secretary of Veterans          )
Affairs, et al.,               )
                               )
    Defendants.                )
```

ORDER

Upon consideration of defendants Joshua Mellor and Natalie Mellor's reply (Doc. No. 22), it is ORDERED as follows:

(1) The clerk of the court is to file the motion to dismiss and alternative motion for summary judgment, which is attached to the reply, as a separate pleading.

(2) Said defendants are to file their brief and evidentiary materials in support of these motions by no later than July 2, 2007.

(3) The other parties are to file any briefs and evidence in opposition by no later than July 16, 2007.

(4) The motion to dismiss and alternative motion for summary judgment are set for submission, without oral argument, on July 16, 2007.

DONE, this the 18th day of June, 2007.

                 /s/ Myron H. Thompson
                 UNITED STATES DISTRICT JUDGE