IN THE UNITED STATES DISTRICT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III )<br>          Plaintiff, )<br>)<br>vs. )<br>)<br>MORTGAGE ELECTRONIC REGISTRA- )<br>TION SYSTEMS, INC.; R. JAMES )<br>NICHOLSON in his capacity as )<br>Secretary of Veterans Affairs; )<br>JOSHUA MELLOR; NATALIE )<br>MELLOR, et al. )<br>          Defendants. )  | CIVIL CASE NO.: 1:07-CV-0326-MHT |

## CONFLICT DISCLOSURE STATEMENT

Comes now **Joshua Mellor** and **Natalie Mellor**, Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General order no. 3047:

- ■ This party is an individual, or
- ☐ This party is a governmental entity, or
- ☐ There are no entities to be reported, or
- ☐ The following entities and their relationship to the party are hereby reported.

| Reportable Entity | Relationship to Party |
|---|---|
| None | |
| | |
| | |
| | |

Date: June 18, 2007

Respectfully submitted,

/s/ Richard W. Whittaker
Richard W. Whittaker                WHI031
Richard W. Whittaker, LLC
Attorney for Defendant Mellor
Post Office Box 311166
Enterprise, Alabama 36331-1166
Phone: (334) 393-5146
Fax: (334) 393-5247

RichardWhittaker@centurytel.net
Bar #:  ASB-0401-E55R

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. John L. McClung at johnlmc@graceba.net;
2. James Asberry Byram, Jr. at jbyram@balch.com;
3. Louis Michael Calligas at lcalligas@balch.com; and
4. R. Randolph Neeley at Rand.Neeley@usdoj.gov.

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

                                               Respectfully submitted,

                                               /s/ Richard W. Whittaker
                                               Richard W. Whittaker     WHI031
                                               Richard W. Whittaker, LLC
                                               Attorney for Defendant Mellor
                                               Post Office Box 311166
                                               Enterprise, Alabama  36331-1166
                                               Phone:  (334) 393-5146
                                               Fax: (334) 393-5247
                                               RichardWhittaker@centurytel.net
                                               Bar #:  ASB-0401-E55R