IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WALTER WREN WYATT, III,        )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )          1:07cv326-MHT
                               )
MORTGAGE ELECTRONICS           )
REGISTRATION SYSTEMS, INC.,    )
R. JAMES NICHOLSON,            )
Secretary of Veterans          )
Affairs, et al.,               )
                               )
    Defendants.                )
```

## ORDER

It is ORDERED that the motion to dismiss and alternative motion for summary judgment (Doc. No. 28) is denied without prejudice. The same motions are already pending as (Doc. No. 22-2).

DONE, this the 21st day of June, 2007.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE