IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III,   ) <br> ) <br>    Plaintiff,            ) <br> ) <br>    v.                    ) <br> ) <br> MORTGAGE ELECTRONIC    ) <br> REGISTRATION SYSTEMS,  ) <br> INC., et al.,         ) <br> ) <br>    Defendants.      ) | CIVIL ACTION NO. <br> 1:07cv326-MHT |

### ORDER

It is ORDERED that defendant Mortgage Electronic Registration Systems's motions to dismiss (Doc. No. 8) and stay discovery (Doc. No. 24) are set for on-the-record oral argument on July 9, 2007, at 8:30 a.m. Counsel for defendant Mortgage Electronic Registration Systems is to arrange for the argument to be conducted by telephone.

DONE, this the 21st day of June, 2007

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**