IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| WALTER WREN WYATT, III, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 1:07cv326-MHT |
| ) | |
| MORTGAGE ELECTRONICS ) | |
| REGISTRATION SYSTEMS, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

Because of a scheduling conflict, it is ORDERED that defendant Mortgage Electronic Registration Systems Inc.'s motions to dismiss (Doc. No. 8) and stay discovery (Doc. No. 24) are <u>reset</u> for on-the-record oral argument on July 11, 2007, at 8:30 a.m. Counsel for defendant Mortgage Electronic Registration Systems, Inc. is to arrange for the argument to be conducted by telephone.

DONE, this the 5th day of July, 2007.

                                      /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**