IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WALTER WREN WYATT, III,        )
                               )
    Plaintiff,                 )
                               )        CIVIL ACTION NO.
    v.                         )         1:07cv326-MHT
                               )
MORTGAGE ELECTRONICS           )
REGISTRATION SYSTEMS, INC.,    )
et al.,                        )
                               )
    Defendants.                )
```

ORDER

It is ORDERED that the motion to stay discovery (Doc. No. 24) is denied.

DONE, this the 10th day of August, 2007.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**