IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WALTER WREN WYATT, III,       )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )   1:07cv326-MHT
                              )
MORTGAGE ELECTRONIC           )
REGISTRATION SYSTEMS,         )
INC., et al.,                 )
                              )
    Defendants.               )
```

ORDER

On June 7, 2007, the court set an on-the-record conference call to discuss the plaintiff Walter Wren Wyatt, III's motion for default judgment against defendants Joshua and Natalie Mellor for June 11, 2007 (Doc. No. 23). However, counsel for Wyatt failed to appear for the call. He informed the court that he missed the call because his new secretary was not checking his e-filings.

Then, the court set a submissions deadline of July 16, 2007, for the Mellors' motion to dismiss, a deadline which Wyatt's counsel missed. When the court inquired about why

Wyatt missed the deadline, his counsel indicated that he must have overlooked it because he was working on a case that filled up his email inbox.

The court has some concern that counsel for the Wyatt is coming up with false excuses for missing court deadlines and not complying with court orders and not taking this case seriously.

Therefore, it is ORDERED that plaintiff Walter Wren Wyatt, III, show cause, if any there be, in writing by August 20, 2007, as to why this case should not be dismissed without prejudice for want of prosecution. Plaintiff Wyatt is informed that, if he fails to respond within the time allowed, the court will assume that he has no objection to the dismissal.

DONE, this the 13th day of August, 2007

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE