IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WALTER WREN WYATT, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 1:07cv326-MHT |
| MORTGAGE ELECTRONIC | ) | (WO) |
| REGISTRATION SYSTEMS, | ) | |
| INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of this court that this case in its entirety is dismissed without prejudice.

It is further ORDERED that the motion to dismiss and the motion for summary judgment (Doc. No. 22) are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Walter Wren Wyatt, III, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of August, 2007.


    /s/ Myron H. Thompson    
UNITED STATES DISTRICT JUDGE